UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-23230-DPG

**TUSHBABY, INC.**,

    Plaintiff,

v.

**COGESU US**,

    Defendant,

_____/

### ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Federal Rule of Civil Procedure 42(a)(2), Southern District of Florida Local Rule 3.8, and Internal Operating Procedure 2.15.00(c) of the United States District Court for the Southern District of Florida because of related and earlier-filed case number **24-CV-20941-DSL**, and subject to the consent of the Honorable David S. Leibowitz, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is transferred to the calendar of Judge David S. Leibowitz for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, this 26th day of August 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

After reviewing the file in the above-styled case, the undersigned accepts the transfer of this case. Additionally, this case involves the same subject matter and claims pending before the undersigned in Case No. 24-cv-20941-DSL. Therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This case is **CONSOLIDATED** with **Case No. 24-cv-20941-DSL**. All pleadings filed after this date shall be filed under Case No. 24-cv-20941-DSL.

2. The Clerk shall **CLOSE** Case No. 24-cv-23230-DSL for administrative purposes only.

**DONE AND ORDERED** in the Southern District of Florida this 26th day of August, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   Hon. Darrin P. Gayles
      Hon. David S. Leibowitz
      Counsel of record