UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-23230

TUSHBABY, INC.,

    Plaintiff,

v.

COGESU US, a foreign corporation,

    Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Tushbaby, Inc., by and through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i), voluntarily dismisses this action against Defendant Cogesu US without prejudice.

Dated: September 18, 2024

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
ESCA Legal LLC
9000 Dadeland Blvd. #1500
Miami, Florida 33156
Tel. (305) 523-9023
james@esca.legal

Leo M. Lichtman (admitted *pro hac vice*)
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, New York 10036
Tel. (347) 745-2535
leo@esca.legal

*Attorneys for Plaintiff Tushbaby, Inc.*