UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-23230-LEIBOWITZ/GOODMAN

**TUSHBABY, INC.**,

    *Plaintiff,*

v.

**COGESU US**,

    *Defendant.*
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant Cogesu US [ECF No. 9], filed on September 18, 2024. This Court previously ordered that this case is consolidated with Case No. 24-cv-20941-DSL, and any future pleadings shall be filed under Case No. 24-cv-20941-DSL. Therefore, Plaintiff shall refile its Notice of Voluntary Dismissal Without Prejudice of Defendant Cogesu US in the proper case, Case No. 24-cv-20941-DSL.

**DONE AND ORDERED** in the Southern District of Florida on September 18, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record